William W. Finkle, Appellant, v. The Village of Valatie, Respondent.— Motion denied.

In the Matter of the Removal of Henry H. Post from the Office of Trustee of Gouverneur Village.— Motion to dismiss proceedings granted, without costs to either party as against the other.

The People of the State of New York ex rel. George R. Adams, Appellant, v. Jacob F. Stoll and Others, as Assessors of the Town of Rosendale, Ulster County, New York.— Motion granted.

The People of the State of New York, Respondent, v. Cornell Van Gaasbeck, Appellant.— Motion denied.

George W. Rowell, Appellant, v. George Spotswood, Respondent.— Motions held until November term.

Sarah Taylor Stanley, Respondent, v. James William Stanley, Appellant.— Motion denied. Defendant may, within twenty days, serve copies of appeal papers upon plaintiff's attorney with written corrections as to the matters specified by plaintiff's attorney in his letter of July thirteenth, excepting as to specifications therein 1, 2, 3, 4 and 7.

In the Matter of the Application of Milton E. Gibbs, Appellant, for a Writ of Mandamus against John F. O'Brien, Secretary of State, Respondent.— Order affirmed, with costs. No opinion. All concurred.

Edwin G. Moore, Respondent, v. William N. Coler, Sr., and Others, Appellants.— Motion denied.

John O'Neil, Appellant, v. Thomas H. Karr, Respondent. — Judgment affirmed, with costs. No opinion. All concurred, except Chester and Kellogg, JJ., dissenting.

Robert C. Pruyn, as a Stockholder of the Guayaquil and Quito Railway Company, etc., Respondent, v. Guayaquil and Quito Railway Company and Others, Appellants.— Motion denied, with ten dollars costs.

Harriet M. Parish, Appellant, v. Ulster and Delaware Railroad Company, Respondent.— Motion denied.

Eliza Hodge, as One of the Administrators, etc., of James Hodge, Deceased, Respondent, v. The Rutland Railroad Company, Appellant.— Decision amended so as to read as follows: Judgment and order affirmed as to facts and reversed upon the law, and a new trial granted, with costs to appellant to abide event. Opinion by Kellogg, J. (Reported in 112 App. Div. 142.) All concurred.

The People of the State of New York ex rel. The United Construction Company v. William B. Voorhies, Supervisor, and Others, Composing the Town Board of the Town of Rockland.— Motion for reargument denied. Decision amended so as to read as follows: Writ dismissed with fifty dollars costs and disbursements, and the determination of the town board appealed from confirmed. Opinion by Kellogg, J. (Reported in 114 App. Div. 351.) All concurred.

---

### SECOND DEPARTMENT, SEPTEMBER, 1906.

Charles G. Banks, Respondent, v. The City of Mount Vernon, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.